.

MARA MARIE MORTON
107 FORE ST
GULFPORT, MS 39503


THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236


ALLY FINANCIAL, INC
ATTN: BANKRUPTCY
PO BOX 380901
BLOOMINGTON, IL 55438


CASHNET USA
175 W JACKSON
STE 1000
CHICAGO, IL 60604


CITIBANK
PO BOX 790040
ST LOUIS, MO 63179


CONN'S HOMEPLUS
2445 TECHNOLOGY FOREST
BUILDING 4, SUITE 800
THE WOODLANDS, TX 77381


NAVY FEDERAL CU
ATTN: BANKRUPTCY
PO BOX 3302
MERRIFIELD, VA 22119


SOFI LENDING CORP
ATTN: BANKRUPTCY
633 SPIRIT DRIVE
CHESTERFIELD, MO 63005