# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   MARA MARIE MORTON, Debtor            Case No. 25-50678-KMS
                                                             **CHAPTER 7**

## MOTION TO DELAY DISCHARGE

COMES NOW, Debtor, by and through counsel, and move this Court to delay his discharge, and in support thereof, would show the Court as follows:

I.

Debtor commenced this case on May 8, 2025 by filing a voluntary petition for relief under Chapter 7 of Title 11 of the United States Bankruptcy Code.

II.

That Debtor and creditor have entered into a reaffirmation agreement, but it was lost in the mail. Debtor and creditor are working on obtaining a new reaffirmation agreement.

III.

That the Discharge be delayed for thirty (30) days so that a Reaffirmation Agreement can be signed and filed with the Court.

WHEREFORE, Debtor prays that his discharge be delayed and for such additional or alternative relief as may be just and proper.

Respectfully submitted

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)

Of Counsel:
Thomas C. Rollins, Jr.
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533

CERTIFICATE OF SERVICE

  I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above Motion to Delay Discharge was uploaded on August 14, 2025 to CM/ECF. The case trustee and U.S. Trustee will receive electronic notice from CM/ECF because they are registered to receive notices in this case.

         /s/ Thomas C. Rollins, Jr.
         Thomas C. Rollins, Jr.