_____



SO ORDERED,

Judge Katharine M. Samson
United States Bankruptcy Judge
Date Signed: August 15, 2025

The Order of the Court is set forth below. The docket reflects the date entered.
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   MARA MARIE MORTON, Debtor            Case No. 25-50678-KMS
                                                            CHAPTER 7

ORDER DELAYING DISCHARGE

On the Motion to Delay Discharge (Dk #  17 ) filed by the Debtor, the Court having considered same, finds that that the relief requested is appropriate under the facts and the law.

**IT IS THEREFORE ORDERED** that the discharge Order in the above captioned case shall be delayed thirty (30) days.

## END OF ORDER ##

Approved and Prepared by:

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533