**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:        **Mara Marie Morton, Debtor**                    **Case No. 25-50678-KMS**
                                                                                    **CHAPTER 13**

**MOTION TO EXTEND DEADLINE**
**TO FILE REAFFIRMATION AGREEMENT**

COMES NOW the debtor by, and through her attorney, and files this Motion to Extend Time to File Reaffirmation Agreement with Ally Bank and would respectfully show the following:

That Debtor filed their Chapter 13 Petition on 05/08/2025.

That the Reaffirmation Agreement was due August 11, 2025.

That Counsel for Debtor mailed the executed reaffirmation to Ally Bank via AIS Portfolio Services, LLC ("Creditor") on July 8, 2025, but it was not received by Creditor. Counsel for Debtor subsequently e-mailed the executed reaffirmation to Creditor on July 18, 2025.

That Creditor failed to file the reaffirmation before the due date.

That the Debtor needs additional time to file the reaffirmation.

That the Debtor requests until October 13, 2025, to file the Reaffirmation Agreement.

Respectfully Submitted,

By: /s/ Thomas C. Rollins, Jr.
    Thomas C. Rollins, Jr. (MSBN 103469)
    Jennifer A Curry Calvillo (MSBN 104367)
    The Rollins Law Firm, PLLC
    P.O. Box 13767
    Jackson, MS 39236
    601-500- 5533

CERTIFICATE OF SERVICE

I, Thomas C. Rollins, Jr., do hereby certify that I have this day electronically filed with the Court, a true and correct copy of the above and foregoing Motion on this date, September 18, 2025.  All interested parties will receive CM/ECF from the Court.

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.