IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:        Mara Marie Morton, Debtor                    Case No. 25-50678-KMS
                                                            CHAPTER 13

### ORDER EXTENDING TIME TO FILE SCHEDULES

**THIS CAUSE** having come on this day for consideration by the court, having considered the Motion to Extend Deadline to File Reaffirmation Agreement (Dkt #_____) and being fully advised in the premises, finds that the Motion is well taken and should be granted.

**IT IS THEREFORE ORDERED** that the debtor has until October 13, 2025, to file the Reaffirmation Agreement with Ally Bank.

###END OF ORDER###

Agreed by:
/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500- 5533
trollins@therollinsfirm.com