_____



**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: September 19, 2025**

The Order of the Court is set forth below. The docket reflects the date entered.
_____

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:   Mara Marie Morton, Debtor                          Case No. 25-50678-KMS
                                                                              CHAPTER 13

### ORDER EXTENDING TIME TO FILE REAFFIRAMTION

**THIS CAUSE** having come on this day for consideration by the court, having considered the Motion to Extend Deadline to File Reaffirmation Agreement (Dkt #__20__) and being fully advised in the premises, finds that the Motion is well taken and should be granted.

**IT IS THEREFORE ORDERED** that the debtor has until October 13, 2025, to file the Reaffirmation Agreement with Ally Bank.

###END OF ORDER###

Agreed by:
/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500- 5533
trollins@therollinsfirm.com